**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIEL TAYLOR**, | ) | CASE NO. 5:22-CV-01635 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JAMES E. GRIMES JR. |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY ADMINISTRATION**, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |

On September 14, 2022, Plaintiff Daniel Taylor filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his applications for Disability Insurance Benefits and Supplemental Security Income. (ECF No. 1). On June 27, 2023, Magistrate Judge James E. Grimes, Jr. recommended that the Court AFFIRM the final decision of the Commissioner. (ECF No. 11).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a report and recommendation within fourteen (14) days after service. As of July 12, 2023, neither party has filed any objections.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the Report and Recommendation to which the parties have objected. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt a Report and Recommendation without further review.

1

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, incorporating it fully herein by reference, and **AFFIRMS** the final decision of the Commissioner.

**IT IS SO ORDERED.**

Date: July 13, 2023

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**